**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**February 7, 2017**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

EDMOND WALKER,

      Plaintiff - Appellant,

v.

PETER CRUM, M.D.[*]; CAROL
RODGERS,

      Defendants - Appellees.

No. 16-1375
(D.C. No. 1:15-CV-01915-RBJ-MEH)
(D. Colo.)

_____

**ORDER AND JUDGMENT**[**]
_____

Before **HARTZ**, **HOLMES**, and **BACHARACH**, Circuit Judges.
_____

    Plaintiff Edmond Walker sued Dr. Peter Crum under 42 U.S.C. § 1983, alleging a

violation of the Eighth Amendment while he was a pretrial detainee in the Denver County

Jail. His claim is that after he suffered a hip injury, he was subjected to unnecessary pain

---

[*] The district-court caption spells the doctor's last name as "Crumb." But his brief
on appeal consistently spells the name without a "b." We have corrected the caption
here.

[**]After examining the briefs and appellate record, this panel has determined
unanimously that oral argument would not materially assist in the determination of
this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore
ordered submitted without oral argument. This order and judgment is not binding
precedent, except under the doctrines of law of the case, res judicata, and collateral
estoppel. It may be cited, however, for its persuasive value consistent with
Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

because of Dr. Crum's deliberate indifference in providing him medical care. *See Farmer v. Brennan*, 511 U.S. 825 (1994).

The United States District Court for the District of Colorado granted summary judgment to Dr. Crum. The court's opinion thoroughly reviews the facts and the law. We see nothing to add. On appeal, Plaintiff does not point to any factual errors in that opinion and his "legal" argument is too brief and conclusory to be helpful.

We **AFFIRM** the judgment below. Mr. Walker's motion to proceed *in forma pauperis* is **DENIED**.

Entered for the Court


Harris L Hartz
Circuit Judge